**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :Civil Action No.: 4:17-cv-00336-ALM |
| | : |
| **THURMAN P. BRYANT, III, and** | : |
| **BRYANT UNITED CAPITAL FUNDING, INC.** | : |
| | : |
| Defendants, | : |
| | : |
| **ARTHUR F. WAMMEL,** | : |
| **WAMMEL GROUP, LLC** | : |
| **THURMAN P. BRYANT, JR.,** | : |
| **CARLOS GOODSPEED a/k/a SEAN PHILLIPS** | : |
| **d/b/a TOP AGENT ENTERTAINMENT d/b/a** | : |
| **MR. TOP AGENT ENTERTAINMENT** | : |
| | : |
| Relief Defendants. | : |
| | : |

## PROPOSED SCHEDULING ORDER DEADLINES

The following actions shall be completed by the date indicated.[1]

| | |
|---|---|
| August 11, 2017<br>(1 week after mgmt conf.) | Deadline for motions for transfer |
| September 15, 2017<br>(6 weeks after mgmt. conf.) | Deadline to add parties |
| _____ | Mediation must occur by this date. |
| _____ | Deadline by which the parties shall notify the Court of the name, address, and telephone number of the agreed-upon attorney-mediator mediator, or request that the Court select a mediator, if they are unable to agree on one. |

---

[1] If a deadline falls on a Saturday, Sunday or a legal holiday as defined in Fed. R. Civ. P. 6, the effective date is the first federal court business day following the deadline imposed.

October 13, 2017
(10 weeks after mgmt. conf.)

Plaintiff's disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b)

October 27, 2017
(12 weeks after mgmt. conf.)

Deadline for Plaintiff to file amended pleadings (A motion or leave to amend is required.)

November 10, 2017
(14 weeks after mgmt. conf.)

Defendants' disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b)

November 10, 2017
(14 weeks after mgmt. conf.)

Deadline for Defendant's final amended pleadings (A motion for leave to amend is required.)

6 weeks after disclosure
of an expert is made

Deadline to object to any other party's expert witnesses. Objection shall be made as a motion to strike or limit expert testimony and shall be accompanied by a copy of the expert's report in order to provide the Court with all the information necessary to make a ruling on any objection.

December 11, 2017
(14 weeks after mgmt conf.)

Deadline for motions to dismiss, motions for summary judgment, or other dispositive motions.

January 19, 2018
(24 weeks after mgmt conf.)

All discovery shall be commenced in time to be completed by this date.

February 15, 2018
(6 weeks before final pretrial conf.)

Notice of intent to offer certified records

February 15, 2018
(6 weeks before final pretrial conf.)

Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order and Joint Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in non-jury cases).

February 22, 2018
(5 weeks before final pretrial conf.)

Video Deposition Designation due. Each party who proposes to offer a deposition by video shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have seven calendar days to serve a response with any objections and requesting cross examination line and page numbers to be included. Counsel must consult on any objections and only those which cannot be resolved shall be presented to the Court. The party who filed the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties' designations and the Court's rulings on objections.

| | |
|---|---|
| <u>February 27, 2018</u><br>(30 days before final pretrial conf.) | Motions in limine due<br>File Joint Final Pretrial Order (*See*<br>www.txed.uscourts.gov). |
| <u>March 15, 2018</u><br>(2 weeks before final pretrial conf.) | Response to motions in limine due<br>File objections to witnesses, deposition extracts, and exhibits, listed in pre-trial order. (This does not extend deadline to object to expert witnesses.)<br>File Proposed Jury Instructions/Form of Verdict (or Proposed Findings of Fact and Conclusions of Law) |
| <u>Date will be set by Court.</u><br>Usually within 10 days prior<br>to final pretrial conf. | If numerous objections are filed the Court may set a hearing to consider all pending motions and objections. |
| <u>March 29, 2018</u> | Final Pretrial Conference at 9:00 a.m. at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. Date parties should be prepared to try case. All cases on the Court's Final Pretrial Conference docket for this day have been set at 9:00 a.m. However, prior to the Final Pretrial Conference date, the Court will set a specific time between 9:00 a.m. and 4:00 p.m. for each case, depending on which cases remain on the Court's docket. |
| <u>Date will be set by Court.</u> | 10:00 a.m. Jury selection and trial (or bench trial) at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. Cases that remain for trial following the Court's Pretrial docket will be tried between May 7, 2018, and June 1, 2018. A specific trial date in this time frame will be selected at the Final Pretrial Conference. |

**AGREED AS TO FORM**
**AND SUBSTANCE**

> */s/ Jason P. Reinsch*
> JASON P. REINSCH
> Texas Bar No. 24040120
> JESSICA B. MAGEE
> Texas Bar No. 24037757
> TIMOTHY L. EVANS
> Texas Bar No.  24065211

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
Telephone: (817) 900-2601 (Reinsch)
Fax: (817) 978-4927
*reinschj@sec.gov*
*mageej@sec.gov*

ATTORNEYS FOR PLAINTIFF
SECURITIES AND EXCHANGE
COMMISSION


/s/ *Thurman P. (Trey) Bryant, III*
THURMAN P. (TREY) BRYANT, III
1535 Sun Mountain
San Antonio, Texas 78258
Telephone: (281) 299-5311
Treybryant03@gmail.com

DEFENDANT, PRO SE


/s/ *Timothy E. Hudson*
TIMOTHY E. HUDSON
Texas State Bar No. 24046120
(*Lead Attorney*)
THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: 214-969-1700
Facsimile: 214-969-1751
*Tim.Hudson@tklaw.com*

ATTORNEYS FOR JENNIFER ECKLUND,
COURT-APPOINTED RECEIVER FOR
DEFENDANT BRYANT UNITED CAPITAL FUNDING, INC.


/s/ *Toby M. Galloway*
TOBY M. GALLOWAY
State Bar No. 00790733
KELLY, HART & HALLMAN, LLP
201 Main Street, Suite 2500

Fort Worth, TX 76102
Phone: (817) 332-2500
Fax: (817) 878-9280
Email: toby.galloway@kellyhart.com


/s/ *James Ardoin*
JAMES ARDOIN
State Bar No. 24045420
ARDOINLAW, PLLC
2118 Smith St., Suite 200
Houston, TX 77002
Phone: (713) 574-8900
Fax: (713) 574-1404
Email: jimmy@ardoinlawpllc.com

ATTORNEYS FOR RELIEF DEFENDANTS ARTHUR F. WAMMEL AND
WAMMEL GROUP LLC


/s/ *Thurman P. Bryant, Jr.*
THURMAN P. BRYANT, JR.
2 Dogwood Ln.
Hilltop Lakes
Leon, Texas 77871
(936) 245-2322
Sonny_103@hotmail.com

RELIEF DEFENDANT, PRO SE