# EXHIBIT A
## STANDARDIZED FUND ACCOUNTING REPORT

Receivership in SEC v. Thurman P. Bryant III, et al.
Civil Court Docket No. 04:17-CV-00336-ALM

First Quarterly Reporting Period - 05/15/2017 to 06/30/2017

| FUND ACCOUNTING: | | Reporting Period | Subtotal Prior Periods | Grand Total |
|---|---|---|---|---|
| Line 1 | **Beginning Balance (As of 05/15/2017)** | $0.00 | $0.00 | $0.00 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | **Business Income** | $0.00 | $0.00 | $0.00 |
| Line 3 | **Cash and Securities** | $1,220.00 | $0.00 | $1,220.00 |
| Line 4 | **Interest/Dividends Income** | $0.00 | $0.00 | $0.00 |
| Line 5 | **Business Asset Liquidation** | $0.00 | $0.00 | $0.00 |
| Line 6 | **Personal Asset Liquidation** | $0.00 | $0.00 | $0.00 |
| Line 7 | **Third-Party Litigation Income** | $0.00 | $0.00 | $0.00 |
| Line 8 | **Miscellaneous - Other** | $29,871.56 | $0.00 | $29,871.56 |
| Line 8a | Total Funds Available (Lines 1 -8): | $31,091.56 | $0.00 | $31,091.56 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | **Disbursements to Investors** | $0.00 | $0.00 | $0.00 |
| Line 10 | **Disbursements for Receivership Operations** | $0.00 | $0.00 | $0.00 |
| Line 10a | *Disbursements to Receiver or Other Professionals* | $0.00 | $0.00 | $0.00 |
| Line 10b | *Business Asset Expenses* | $0.00 | $0.00 | $0.00 |
| Line 10c | *Personal Asset Expenses* | $0.00 | $0.00 | $0.00 |
| Line 10d | *Investment Expenses* | $132.60 | $0.00 | $132.60 |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | $0.00 | $0.00 | $0.00 |
| | 2. Litigation Expenses | $0.00 | $0.00 | $0.00 |
| | *Total Third-Party Litigation Expenses* | $0.00 | $0.00 | $0.00 |
| Line 10f | Tax Administrator Fees and Bonds | $0.00 | $0.00 | $0.00 |
| Line 10g | Federal and State Tax Payments | $0.00 | $0.00 | $0.00 |
| | **Total Disbursements for Receivership Operations** | $132.60 | $0.00 | $132.60 |
| **Line 11** | **Disbursements for Distribution Expenses Paid by the Fund:** | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administration | $0.00 | $0.00 | $0.00 |
| | Independent Distribution Consultant (IDC) | $0.00 | $0.00 | $0.00 |
| | Distribution Agent | $0.00 | $0.00 | $0.00 |
| | Consultants | $0.00 | $0.00 | $0.00 |
| | Legal Advisers | $0.00 | $0.00 | $0.00 |
| | Tax Advisers | $0.00 | $0.00 | $0.00 |
| | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
| | 3. Miscellaneous | $0.00 | $0.00 | $0.00 |
| | *Total Plan Development Expenses* | $0.00 | $0.00 | $0.00 |
| Line 11b | *Distribution Plan Implementation Expenses* | | | |
| | 1. Fees | | | |
| | Fund Administration | $0.00 | $0.00 | $0.00 |
| | Independent Distribution Consultant (IDC) | $0.00 | $0.00 | $0.00 |
| | Distribution Agent | $0.00 | $0.00 | $0.00 |
| | Consultants | $0.00 | $0.00 | $0.00 |

|  |  | Reporting Period | Subtotal Prior Periods | Grand Total |
|---|---|---|---|---|
|  | Legal Advisers | $0.00 | $0.00 | $0.00 |
|  | Tax Advisers | $0.00 | $0.00 | $0.00 |
|  | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
|  | 3. Investor Identification: |  |  |  |
|  | Notice/Publishing Approved Plan | $0.00 | $0.00 | $0.00 |
|  | Claimant Identification | $0.00 | $0.00 | $0.00 |
|  | Claims Processing | $0.00 | $0.00 | $0.00 |
|  | 4. Fund Administrator Bond | $0.00 | $0.00 | $0.00 |
|  | 5. Miscellaneous | $0.00 | $0.00 | $0.00 |
|  | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | $0.00 | $0.00 | $0.00 |
|  | *Total Plan Implementation Expenses* | $0.00 | $0.00 | $0.00 |
|  | **Total Disbursements for Distribution Expenses Paid by the Fund** | **$0.00** | **$0.00** | **$0.00** |
| Line 12 | **Disbursements to Court/Other** |  |  |  |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | $0.00 | $0.00 | $0.00 |
| Line 12b | *Federal Tax Payments* | $0.00 | $0.00 | $0.00 |
|  | **Total Disbursement to Court/Other:** | $0.00 | $0.00 | $0.00 |
|  | **Total Funds Disburses (Line 9 - 11):** | $132.60 | $0.00 | $132.60 |
| Line 13 | **Ending Balance (As of 06/30/2017):** | $30,958.96 | $0.00 | $30,958.96 |
| Line 14 | **Ending Balance of Fund - Net Assets:** |  |  |  |
| Line 14a | *Cash & Cash Equivalents* | $30,958.96 | $0.00 | $30,958.96 |
| Line 14b | *Investments* | $2,053.87 | $0.00 | $2,053.87 |
| Line 14c | *Other Assets or Uncleared Funds (Frozen Accounts)* | $10,371.00 | $0.00 | $10,371.00 |
|  | **Total Ending Balance of Fund - Net Assets** | **$43,383.83** | **$0.00** | **$43,383.83** |

| OTHER SUPPLEMENTAL INFORMATION: |  | Reporting Period | Subtotal Prior Periods | Grand Total |
|---|---|---|---|---|
|  | *Report of Items NOT To Be Paid by the Fund:* |  |  |  |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** |  |  |  |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* |  |  |  |
|  | 1. Fees | $0.00 | $0.00 | $0.00 |
|  | Fund Administrator | $0.00 | $0.00 | $0.00 |
|  | IDC | $0.00 | $0.00 | $0.00 |
|  | Distribution Agent | $0.00 | $0.00 | $0.00 |
|  | Consultants | $0.00 | $0.00 | $0.00 |
|  | Legal Advisers | $0.00 | $0.00 | $0.00 |
|  | Tax Advisers | $0.00 | $0.00 | $0.00 |
|  | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
|  | 3. Miscellaneous | $0.00 | $0.00 | $0.00 |
|  | *Total Plan Development Expenses Not Paid by the Fund* | $0.00 | $0.00 | $0.00 |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* |  |  |  |
|  | 1. Fees |  |  |  |
|  | Fund Administrator | $0.00 | $0.00 | $0.00 |
|  | IDC | $0.00 | $0.00 | $0.00 |
|  | Distribution Agent | $0.00 | $0.00 | $0.00 |
|  | Consultants | $0.00 | $0.00 | $0.00 |
|  | Legal Advisers | $0.00 | $0.00 | $0.00 |
|  | Tax Advisers | $0.00 | $0.00 | $0.00 |
|  | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
|  | 3. Investor Identification: |  |  |  |
|  | Notice/Publishing Approved Plan | $0.00 | $0.00 | $0.00 |
|  | Claimant Identification | $0.00 | $0.00 | $0.00 |
|  | Claims Processing | $0.00 | $0.00 | $0.00 |
|  | Web Site Maintenance/Call Center | $0.00 | $0.00 | $0.00 |
|  | 4. Fund Administrator Bond | $0.00 | $0.00 | $0.00 |
|  | 5. Miscellaneous | $0.00 | $0.00 | $0.00 |
|  | 6. FAIR Reporting Expenses | $0.00 | $0.00 | $0.00 |

|  |  | Reporting Period | Subtotal Prior Periods | Grand Total |
|---|---|---|---|---|
|  | Total Plan Implementation Expenses Not Paid by the Fund | $0.00 | $0.00 | $0.00 |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* |  |  |  |
|  | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | $0.00 | $0.00 | $0.00 |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund** |  |  |  |
| Line 16a | Investment Expenses/CRIS Fees | $0.00 | $0.00 | $0.00 |
| Line 16b | Federal Tax Payments | $0.00 | $0.00 | $0.00 |
|  | **Total Disbursements to Court/Other Not Paid by Fund:** | $0.00 | $0.00 | $0.00 |
| Line 17 | **DC & State Tax Payments** | $0.00 | $0.00 | $0.00 |
| Line 18 | **No. of Claims:** |  |  |  |
| Line 18a | # of Claims Received This Reporting Period | 0 | 0 | 0 |
| Line 18b | # of Claims Received Since Inception of Fund | 0 | 0 | 0 |
| Line 19 | **No of Claimants/Investors** |  |  |  |
| Line 19a | # of Claimants/Investors Paid This Reporting Period | 0 | 0 | 0 |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund | 0 | 0 | 0 |