# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § | |
| v. | § § | Civil Action No.  4:17-CV-00336-ALM Judge Mazzant |
| THURMAN P. BRYANT, III;  BRYANT UNITED CAPITAL FUNDING, INC. | § § § § | |

## ORDER

On July 19, 2017, the Court entered an ex parte temporary restraining order enjoining Arthur F. Wammel, Wammel Group Holdings Partnership, and Wammel Group, LLC ("Wammel Defendants") from further violating the Receivership Order (Dkt. #49). Under Federal Rule of Civil Procedure 65, the Court's ex parte TRO was set to expire at 5:00 p.m. on August 2, 2017. On August 2, 2017, the Court held a preliminary injunction hearing.

After considering the evidence presented and arguments of counsel at the hearing, the Court believes the preliminary injunction should be granted. The Court finds there is good cause to believe that the Wammel Defendants (1) participated in the fraud with the Receivership Defendants, and (2) are affiliated with the Thurman P. Bryan, III and Bryant United Capital Funding, Inc. There is also good cause to believe that without the temporary relief requested, the Receivership Estate will be irreparably harmed by the continuing evaporation of assets, destruction of evidence, and further violation of the Receivership Order. Therefore, the Court extends the temporary restraining order for fourteen (14) days, so that the Court is able to issue an order on the preliminary injunction.

**IT IS SO ORDERED.**

SIGNED this 2nd day of August, 2017.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE