# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION § § § Plaintiff, § § v. § § THURMAN P. BRYANT, III and § BRYANT UNITED CAPITAL FUNDING, § INC. § § Defendants, § § and § § ARTHUR F. WAMMEL, WAMMEL § GROUP, LLC, THURMAN P. BRYANT, § JR., CARLOS GOODSPEED a/k/a SEAN § PHILLIPS d/b/a TOP AGENT § ENTERTAINMENT d/b/a/ MR. TOP § AGENT ENTERTAINMENT § § Relief Defendants. § | Case 04:17-CV-00336-ALM |

**APPENDIX TO AMENDED FIRST INTERIM FEE APPLICATION OF VERITAS ADVISORY GROUP, INC. FOR ALLOWANCE OF FEES AND <u>REIMBURSEMENT OF EXPENSES</u>**

| **EXHIBIT** | **DOCUMENT** | **DOC ID** | **APPENDIX PAGE NUMBER** |
|---|---|---|---|
| A. | Veritas Invoices | 19783722 | APP. 001-7 |

# EXHIBIT A
# Veritas Invoices



**VERITAS®**
ADVISORY GROUP, INC.

June 16, 2017 **\*\*Resubmission\*\***

Jennifer R. Ecklund, Esq.
Thompson & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201

Re: **Securities Exchange Commission v. Bryant United Capital Funding, Inc., et al.**

Professional fees and expenses in connection with the above-referenced matter for the period of May 1, 2017 through May 31, 2017:

**Professional Fees:**

| Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|
| Brandi N. Kleinman | Vice President | 18.00 hrs. @ | $325 | $ 5,850.00 |
| Brian L. Ingram | Senior Manager | 9.25 hrs. @ | $248 | $ 2,294.00 |
| Paul A. Forbes | Associate Consultant | 50.25 hrs. @ | $175 | $ 8,793.75 |
| Claire Sowards | Analyst | 7.00 hrs. @ | $104 | $ 728.00 |
| **Total Professional Fees\*** | | | | **$ 17,665.75** |

\*As of the date of this invoice, the outstanding balance of prior invoices is $00.00.

19783722 v1 APP-001



## Securities Exchange Commission v. Bryant United Capital Funding, Inc., et al.
*Description of Activities for Task Code F170 Forensic Accounting*
*(May 1, 2017 through May 31, 2017)*

| Date | Activity | Kleinman | Ingram | Forbes | Sowards |
|---|---|---|---|---|---|
| 5/17 | Review pleadings and documents provided(3); Conduct TX SOS Research(1) | 4.00 | | | |
| 5/17 | Create index of files produced to date and compare for duplicates. | | 2.25 | | |
| 5/17 | Review documents. | | | 5.00 | |
| 5/18 | Review pleadings and documents provided | 4.00 | | | |
| 5/18 | Research defendants' companies/entities. | | | 6.50 | |
| 5/19 | Review documents. | | | 4.00 | |
| 5/20 | Download additional files and add them to index. | | 4.00 | | |
| 5/22 | Review and analyze documents | 2.50 | | | |
| 5/22 | Preparation for and meeting with Counsel | 1.00 | | | |
| 5/22 | Meeting with counsel | | 1.00 | | |
| 5/22 | Meeting with client. | | | 1.00 | |
| 5/22 | Review documents. | | | 2.50 | |
| 5/23 | Review and analyze documents | 2.50 | | | |
| 5/23 | Add FTP files to index. | | 2.00 | | |
| 5/25 | Review and analyze documents | 2.00 | | | |
| 5/25 | Review and analyze bank statements. | | | 8.00 | |
| 5/26 | Review and analyze documents | 2.00 | | | |
| 5/26 | Review and analyze bank statements. | | | 6.50 | |
| 5/26 | Review and analyze bank statements. | | | 1.50 | |
| 5/30 | Review and analyze bank statements. | | | 7.75 | |
| 5/30 | Review and evaluate bank statements | | | | 7.00 |
| 5/31 | Review and analyze bank statements. | | | 7.50 | |
| | **Total** | **18.00** | **9.25** | **50.25** | **7.00** |



**VERITAS®**
ADVISORY GROUP, INC.

\*\*Resubmission\*\*

June 16, 2017

May 1, 2017
to
May 31, 2017

Securities Exchange Commission v. Bryant United Capital Funding, Inc., et al.

THO-01-60-01-01   -   6/16

---

### REMITTANCE COPY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*PLEASE RETURN WITH PAYMENT\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Remitted By:*

Jennifer R. Ecklund, Esq.
Thompson & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201

**Current Invoice Total:**                                $ 17,665.75

**Please make check payable to:**

   Veritas Advisory Group, Inc.

**Mailing address:**

   Veritas Advisory Group, Inc.
   1601 Elm Street, Suite 3600
   Dallas, Texas 75201



**VERITAS®**
ADVISORY GROUP, INC.

July 17, 2017

Jennifer R. Ecklund, Esq.
Thompson & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201

Re: Securities Exchange Commission v. Bryant United Capital Funding, Inc., et al.

Professional fees and expenses in connection with the above-referenced matter for the period of June 1, 2017 through June 30, 2017:

**Professional Fees:**

| Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|
| Brandi N. Kleinman | Vice President | 47.50 hrs. @ | $325 | $ 15,437.50 |
| Brian L. Ingram | Senior Manager | 20.25 hrs. @ | $248 | $ 5,022.00 |
| Paul A. Forbes | Associate Consultant | 151.75 hrs. @ | $175 | $ 26,556.25 |
| Matthew B. Dunn | Associate Consultant | 134.75 hrs. @ | $175 | $ 23,581.25 |
| Claire Sowards | Analyst | 27.50 hrs. @ | $104 | $ 2,860.00 |

**Total Professional Fees** $ 73,457.00

**Out-of-Pocket Expenses:**

Miscellaneous $ 10.64
  **Total Out-of-Pocket Expenses** $ 10.64

**Total Professional Fees and Out-of-Pocket Expenses\*** $ 73,467.64

\*As of the date of this invoice, the outstanding balance of prior invoices is $17,665.75.

19783722 v1   APP-004



## Securities Exchange Commission v. Bryant United Capital Funding, Inc., et al.

*Description of Activities for Task Code F170 Forensic Accounting*
*(June 1, 2017 through June 30, 2017)*

| Date | Activity | Kleinman | Ingram | Forbes | Dunn | Sowards |
|---|---|---|---|---|---|---|
| 6/1 | Review and analyze bank statements. | | | 8.00 | | |
| 6/1 | Review and analyze bank statements. | | | | | 7.50 |
| 6/2 | Review and analyze bank statements. | | | 4.00 | | |
| 6/2 | Review and analyze bank statements. | | | | | 6.50 |
| 6/5 | Review and analyze Bank Statements | 2.00 | | | | |
| 6/5 | Review and analyze bank statements. | | | 6.25 | | |
| 6/5 | Summarize Remodel and improvements to Bryant residence | | | | 4.25 | |
| 6/6 | Review and analyze Bank Statements | 2.00 | | | | |
| 6/6 | Review and analyze bank statements. | | | 4.50 | | |
| 6/6 | Compile Individual Investor Data | | | | 7.50 | |
| 6/7 | Review and analyze Bank Statements | 1.00 | | | | |
| 6/7 | Review and analyze bank statements. | 2.00 | | | | |
| 6/7 | Review and analyze bank statements. | | | 7.75 | | |
| 6/7 | Compile Individual Investor Data | | | | 8.00 | |
| 6/7 | Summarize transfers between accounts | | | | | 6.50 |
| 6/8 | Preparation for and meeting with Counsel | 2.00 | | | | |
| 6/8 | Organize electronic documents and review for OCR ability. | | 3.50 | | | |
| 6/8 | Review and analyze bank statements. | | | 7.00 | | |
| 6/8 | Meeting with counsel. | | | 1.50 | | |
| 6/8 | Compile Individual Investor Data | | | | 5.50 | |
| 6/8 | Prepare 2017 investor summary | | | | 2.50 | |
| 6/8 | Summarize transfers between accounts | | | | | 2.50 |
| 6/9 | Review and analyze Bank Statements | 1.00 | | | | |
| 6/9 | Organize electronic documents and review for OCR ability. | | 4.50 | | | |
| 6/9 | Review and analyze bank statements. | | | 7.00 | | |
| 6/9 | Prepare 2017 investor summary | | | | 1.00 | |
| 6/9 | Compile Individual Investor Data | | | | 5.25 | |
| 6/9 | Summarize transfers between accounts | | | | | 4.50 |
| 6/10 | Organize electronic documents and review for OCR ability. | | 1.25 | | | |
| 6/12 | Preparation for and call with Counsel | 2.00 | | | | |
| 6/12 | Download and review outside OCR. | | 1.25 | | | |
| 6/12 | Convert 2800 pages of PDFs to spreadsheets. | | 7.50 | | | |
| 6/12 | Review and analyze bank statements. | | | 8.00 | | |
| 6/12 | Compile Investor Statements | | | | 7.75 | |
| 6/13 | Review and analyze BUCF and Wammell Financial Data; Prepare summary | 2.50 | | | | |
| 6/13 | Review and analyze bank statements. | | | 7.00 | | |
| 6/13 | Call with counsel. | | | 0.75 | | |
| 6/13 | Compile Investor Statements | | | | 7.50 | |
| 6/13 | Meeting with Counsel | | | | 0.75 | |
| 6/14 | Review and analyze BUCF and Wammell Financial Data; Prepare summary | 2.00 | | | | |
| 6/14 | Compile OCR database. | | | 7.50 | | |
| 6/14 | Compile OCR Financial document database | | | | 8.00 | |
| 6/15 | Compile OCR database. | | | 8.00 | | |
| 6/15 | Compile OCR Financial document database | | | | 6.00 | |



## Securities Exchange Commission v. Bryant United Capital Funding, Inc., et al.

*Description of Activities for Task Code F170 Forensic Accounting*
*(June 1, 2017 through June 30, 2017)*

| Date | Activity | Kleinman | Ingram | Forbes | Dunn | Sowards |
|---|---|---|---|---|---|---|
| 6/16 | Review and analyze BUCF and Wammell Financial Data; Prepare summary | 2.00 | | | | |
| 6/16 | Compile OCR database. | | | 7.50 | | |
| 6/16 | Compile OCR Financial document database | | | | 0.50 | |
| 6/16 | Compile OCR Financial document database | | | | 7.50 | |
| 6/19 | Review and analyze Wammell Account transfers and financial records | 4.00 | | | | |
| 6/19 | Compile OCR Financial document database | | | | 3.00 | |
| 6/19 | Compile, sort, and analyze Investor Funds | | | | 6.00 | |
| 6/20 | Download and compare docs to existing docs. | | 2.25 | | | |
| 6/20 | Review and analyze bank account statements. | | | 7.50 | | |
| 6/20 | Compile, sort, and analyze Investor Funds | | | | 7.75 | |
| 6/21 | Review and analyze Wammell Account transfers and financial records | 3.00 | | | | |
| 6/21 | Review and analyze investor data. | | | 7.25 | | |
| 6/21 | Compile, sort, and analyze Investor Funds | | | | 7.50 | |
| 6/22 | Review and analyze Wammell Account transfers and financial records | 3.00 | | | | |
| 6/22 | Review and analyze investor data. | | | 6.50 | | |
| 6/22 | Compile, sort, and analyze Investor Funds | | | | 7.50 | |
| 6/23 | Review and analyze Wammell Account transfers and financial records | 3.00 | | | | |
| 6/23 | Prepare Wammell Exhibits | | | 7.50 | | |
| 6/23 | Compile, sort, and analyze Investor Funds | | | | 2.50 | |
| 6/23 | Compile, sort, and analyze Investor Funds | | | | 6.00 | |
| 6/26 | Prepare Wammell Exhibits | 4.00 | | | | |
| 6/26 | Prepare Wammell Exhibits | | | 8.00 | | |
| 6/26 | Analyze and Compile Investor funds transferred to Wammell | | | | 7.50 | |
| 6/27 | Prepare Wammell Exhibits | | | 8.00 | | |
| 6/27 | Analyze and Compile Investor funds transferred to Wammell | | | | 7.00 | |
| 6/28 | Prepare Wammell Exhibits | 4.00 | | | | |
| 6/28 | Prepare Wammell Exhibits | | | 8.00 | | |
| 6/28 | Analyze and Compile Investor funds transferred to Wammell | | | | 6.00 | |
| 6/29 | Prepare Wammell Exhibits | 4.00 | | | | |
| 6/29 | Prepare Wammell Exhibits | | | 7.25 | | |
| 6/29 | Analyze and Compile Investor funds transferred to Wammell | | | | 2.00 | |
| 6/30 | Prepare Wammell Exhibits | 4.00 | | | | |
| 6/30 | Prepare Wammell Exhibits | | | 7.00 | | |
| | Total | 47.50 | 20.25 | 151.75 | 134.75 | 27.50 |

19783722 v1

APP-006



# Securities Exchange Commission v. Bryant United Capital Funding, Inc., et al.
*Description of Expenses*
*(June 1, 2017 through June 30, 2017)*

|  |  | Amount |
|---|---|---|
| *Miscellaneous:* | | |
| 6/9/2017 Special Delivery Courier to K. Clark | $ 10.64 | |
| **Subtotal Miscellaneous:** | | **$ 10.64** |
| | | |
| **Total Out-of-Pocket Expenses** | | **$ 10.64** |