# EXHIBIT A
## STANDARDIZED FUND ACCOUNTING REPORT

Receivership in SEC v. Thurman P. Bryant III, et al.
Civil Court Docket No. 04:17-CV-00336-ALM

Second Quarterly Reporting Period - 07/01/2017 to 09/30/2017

| FUND ACCOUNTING: | | Reporting Period | Subtotal Prior Periods | Grand Total |
|---|---|---:|---:|---:|
| Line 1 | Beginning Balance (As of 07/01/2017) [aa] | $30,948.95 | $0.00 | $0.00 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | **Business Income** | $0.00 | $0.00 | $0.00 |
| Line 3 | **Cash and Securities** | $18,625.37 | $1,220.00 | $19,845.37 |
| Line 4 | **Interest/Dividends Income** | $0.00 | $0.00 | $0.00 |
| Line 5 | **Business Asset Liquidation** | $0.00 | $0.00 | $0.00 |
| Line 6 | **Personal Asset Liquidation** | $0.00 | $0.00 | $0.00 |
| Line 7 | **Third-Party Litigation Income** | $0.00 | $0.00 | $0.00 |
| Line 8 | **Miscellaneous - Other** | $0.00 | $29,871.56 | $29,871.56 |
| Line 8a | **Total Funds Available (Lines 1 -8):** | $49,574.32 | $31,091.56 | $49,716.93 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | **Disbursements to Investors** | $0.00 | $0.00 | $0.00 |
| Line 10 | **Disbursements for Receivership Operations** | $0.00 | $0.00 | $0.00 |
| Line 10a | *Disbursements to Receiver or Other Professionals* | $0.00 | $0.00 | $0.00 |
| Line 10b | *Business Asset Expenses* | $2,976.87 | $0.00 | $2,976.87 |
| Line 10c | *Personal Asset Expenses* | $2,022.00 | $0.00 | $2,022.00 |
| Line 10d | *Investment Expenses* | $65.00 | $142.61 | $207.61 |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | $0.00 | $0.00 | $0.00 |
| | 2. Litigation Expenses | $0.00 | $0.00 | $0.00 |
| | *Total Third-Party Litigation Expenses* | $0.00 | $0.00 | $0.00 |
| Line 10f | Tax Administrator Fees and Bonds | $0.00 | $0.00 | $0.00 |
| Line 10g | Federal and State Tax Payments | $0.00 | $0.00 | $0.00 |
| | **Total Disbursements for Receivership Operations** | $5,063.87 | $142.61 | $5,206.48 |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| |     Fund Administration | $0.00 | $0.00 | $0.00 |
| |     Independent Distribution Consultant (IDC) | $0.00 | $0.00 | $0.00 |
| |     Distribution Agent | $0.00 | $0.00 | $0.00 |
| |     Consultants | $0.00 | $0.00 | $0.00 |
| |     Legal Advisers | $0.00 | $0.00 | $0.00 |
| |     Tax Advisers | $0.00 | $0.00 | $0.00 |
| | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
| | 3. Miscellaneous | $0.00 | $0.00 | $0.00 |
| | *Total Plan Development Expenses* | $0.00 | $0.00 | $0.00 |
| Line 11b | *Distribution Plan Implementation Expenses* | | | |
| | 1. Fees | | | |
| |     Fund Administration | $0.00 | $0.00 | $0.00 |
| |     Independent Distribution Consultant (IDC) | $0.00 | $0.00 | $0.00 |
| |     Distribution Agent | $0.00 | $0.00 | $0.00 |
| |     Consultants | $0.00 | $0.00 | $0.00 |
| |     Legal Advisers | $0.00 | $0.00 | $0.00 |
| |     Tax Advisers | $0.00 | $0.00 | $0.00 |
| | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
| | 3. Investor Identification: | | | |
| |     Notice/Publishing Approved Plan | $0.00 | $0.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| | Claimant Identification | $0.00 | $0.00 | $0.00 |
| | Claims Processing | $0.00 | $0.00 | $0.00 |
| | 4. Fund Administrator Bond | $0.00 | $0.00 | $0.00 |
| | 5. Miscellaneous | $0.00 | $0.00 | $0.00 |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | $0.00 | $0.00 | $0.00 |
| | *Total Plan Implementation Expenses* | $0.00 | $0.00 | $0.00 |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | **$5,063.87** | **$142.61** | **$5,206.48** |
| Line 12 | **Disbursements to Court/Other** | | | |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $0.00 | $0.00 | $0.00 |
| Line 12b | Federal Tax Payments | $0.00 | $0.00 | $0.00 |
| | **Total Disbursement to Court/Other:** | $0.00 | $0.00 | $0.00 |
| | **Total Funds Disburses (Line 9 - 11):** | **$5,063.87** | **$142.61** | **$5,206.48** |
| Line 13 | **Ending Balance (As of 09/30/2017):** | **$44,510.45** | **$30,948.95** | **$44,510.45** |
| Line 14 | **Ending Balance of Fund - Net Assets:** | | | |
| Line 14a | *Cash & Cash Equivalents* | $44,510.45 | $30,958.96 | $44,510.45 |
| Line 14b | *Investments* | $2,053.87 | $2,053.87 | $2,053.87 |
| Line 14c | *Other Assets or Uncleared Funds (Frozen Accounts)* | $348,828.09 | $10,371.00 | $348,828.09 |
| | **Total Ending Balance of Fund - Net Assets** | **$395,392.41** | **$43,383.83** | **$395,392.41** |

| | OTHER SUPPLEMENTAL INFORMATION: | Reporting Period | Subtotal Prior Periods | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees | $0.00 | $0.00 | $0.00 |
| | Fund Administrator | $0.00 | $0.00 | $0.00 |
| | IDC | $0.00 | $0.00 | $0.00 |
| | Distribution Agent | $0.00 | $0.00 | $0.00 |
| | Consultants | $0.00 | $0.00 | $0.00 |
| | Legal Advisers | $0.00 | $0.00 | $0.00 |
| | Tax Advisers | $0.00 | $0.00 | $0.00 |
| | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
| | 3. Miscellaneous | $0.00 | $0.00 | $0.00 |
| | *Total Plan Development Expenses Not Paid by the Fund* | $0.00 | $0.00 | $0.00 |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees | | | |
| | Fund Administrator | $0.00 | $0.00 | $0.00 |
| | IDC | $0.00 | $0.00 | $0.00 |
| | Distribution Agent | $0.00 | $0.00 | $0.00 |
| | Consultants | $0.00 | $0.00 | $0.00 |
| | Legal Advisers | $0.00 | $0.00 | $0.00 |
| | Tax Advisers | $0.00 | $0.00 | $0.00 |
| | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan | $0.00 | $0.00 | $0.00 |
| | Claimant Identification | $0.00 | $0.00 | $0.00 |
| | Claims Processing | $0.00 | $0.00 | $0.00 |
| | Web Site Maintenance/Call Center | $0.00 | $0.00 | $0.00 |
| | 4. Fund Administrator Bond | $0.00 | $0.00 | $0.00 |
| | 5. Miscellaneous | $0.00 | $0.00 | $0.00 |
| | 6. FAIR Reporting Expenses | $0.00 | $0.00 | $0.00 |
| | Total Plan Implementation Expenses Not Paid by the Fund | $0.00 | $0.00 | $0.00 |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | $0.00 | $0.00 | $0.00 |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | $0.00 | $0.00 | $0.00 |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund** | | | |
| Line 16a | Investment Expenses/CRIS Fees | $0.00 | $0.00 | $0.00 |
| Line 16b | Federal Tax Payments | $0.00 | $0.00 | $0.00 |
| | **Total Disbursements to Court/Other Not Paid by Fund:** | $0.00 | $0.00 | $0.00 |
| Line 17 | **DC & State Tax Payments** | $0.00 | $0.00 | $0.00 |
| Line 18 | **No. of Claims:** | | | |
| Line 18a | # of Claims Received This Reporting Period | 0 | 0 | 0 |
| Line 18b | # of Claims Received Since Inception of Fund | 0 | 0 | 0 |
| Line 19 | **No of Claimants/Investors** | | | |

| Line 19a | # of Claimants/Investors Paid This Reporting Period | 0 | 0 | 0 |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund | 0 | 0 | 0 |

**[aa]** The begininning balance as of July 1, 2017 reflects additional expenses to the Receiver's account not reflected in the first quarter ending June 30, 2017. The additional expenses are noted in Line 10d of the Subtotal Prior Periods column.