IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISZTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § § § | |
| Plaintiff, | | |
| v. | § § § | Case 04:17-CV-00336-ALM |
| THURMAN P. BRYANT, III and BRYANT UNITED CAPITAL FUNDING, INC. | § § § § § | |
| Defendants, | § § | |
| and | § § | |
| ARTHUR F. WAMMEL, WAMMEL GROUP, LLC, THURMAN P. BRYANT, JR.,  CARLOS GOODSPEED a/k/a SEAN PHILLIPS d/b/a TOP AGENT ENTERTAINMENT d/b/a/ MR. TOP AGENT ENTERTAINMENT | § § § § § § § § | |
| Relief Defendants. | § | |

**ORDER ON THE AMENDED FIRST INTERIM FEE APPLICATION
OF VERITAS ADVISORY GROUP, INC.**

CAME ON for consideration the Amended First Interim Fee Application of Veritas Advisory Group, Inc. for Allowance of Fees and Reimbursement of Expenses (Dkt. #91). On December 7, 2017, the Court granted the Receiver's Second Interim Fee Application for Allowance of Fees and Reimbursement of Expenses (*see* Dkts. #137, #142).

It is therefore **ORDERED** that the Amended First Interim Fee Application of Veritas Advisory Group, Inc. for Allowance of Fees and Reimbursement of Expenses (Dkt. #91) is denied as moot.

**SIGNED this 24th day of January, 2018.**

_____
AMOS L. MAZZANT