# EXHIBIT A
## STANDARDIZED FUND ACCOUNTING REPORT

Receivership in SEC v. Thurman P. Bryant III, et al.
Civil Court Docket No. 04:17-CV-00336-ALM

Third Quarterly Reporting Period - 10/01/2017 to 12/31/2017

| FUND ACCOUNTING: | | Reporting Period | Subtotal Prior Periods | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 10/01/2017) | $44,510.45 | $30,948.95 | $0.00 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | $0.00 | $0.00 | $0.00 |
| Line 3 | Cash and Securities | $342,069.02 | $19,845.37 | $361,914.39 |
| Line 4 | Interest/Dividends Income | $0.00 | $0.00 | $0.00 |
| Line 5 | Business Asset Liquidation | $0.00 | $0.00 | $0.00 |
| Line 6 | Personal Asset Liquidation | $213,264.73 | $0.00 | $213,264.73 |
| Line 7 | Third-Party Litigation Income | $0.00 | $0.00 | $0.00 |
| Line 8 | Miscellaneous - Other | $47,450.00 | $29,871.56 | $77,321.56 |
| Line 8a | **Total Funds Available (Lines 1 -8):** | **$647,294.20** | **$80,665.88** | **$652,500.68** |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | $0.00 | $0.00 | $0.00 |
| Line 10 | Disbursements for Receivership Operations | $0.00 | $0.00 | $0.00 |
| Line 10a | *Disbursements to Receiver or Other Professionals* | $56,541.46 | $0.00 | $56,541.46 |
| Line 10b | *Business Asset Expenses* | $0.00 | $2,976.87 | $2,976.87 |
| Line 10c | *Personal Asset Expenses* | $37,591.06 | $2,022.00 | $39,613.06 |
| Line 10d | *Investment Expenses* | $160.50 | $207.61 | $368.11 |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | $338,196.54 | $0.00 | $338,196.54 |
| | 2. Litigation Expenses | $0.00 | $0.00 | $0.00 |
| | *Total Third-Party Litigation Expenses* | $338,196.54 | $0.00 | $338,196.54 |
| Line 10f | Tax Administrator Fees and Bonds | $0.00 | $0.00 | $0.00 |
| Line 10g | Federal and State Tax Payments | $0.00 | $0.00 | $0.00 |
| | **Total Disbursements for Receivership Operations** | **$432,489.56** | **$5,206.48** | **$437,696.04** |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administration | $0.00 | $0.00 | $0.00 |
| | Independent Distribution Consultant (ID | $0.00 | $0.00 | $0.00 |
| | Distribution Agent | $0.00 | $0.00 | $0.00 |
| | Consultants | $0.00 | $0.00 | $0.00 |
| | Legal Advisers | $0.00 | $0.00 | $0.00 |
| | Tax Advisers | $0.00 | $0.00 | $0.00 |
| | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
| | 3. Miscellaneous | $0.00 | $0.00 | $0.00 |
| | *Total Plan Development Expenses* | $0.00 | $0.00 | $0.00 |
| Line 11b | *Distribution Plan Implementation Expenses* | | | |
| | 1. Fees | | | |
| | Fund Administration | $0.00 | $0.00 | $0.00 |
| | Independent Distribution Consultant (ID | $0.00 | $0.00 | $0.00 |
| | Distribution Agent | $0.00 | $0.00 | $0.00 |
| | Consultants | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Legal Advisers | $0.00 | $0.00 | $0.00 |
| | | Tax Advisers | $0.00 | $0.00 | $0.00 |
| | 2. Administrative Expenses | | $0.00 | $0.00 | $0.00 |
| | 3. Investor Identification: | | | | |
| | | Notice/Publishing Approved Plan | $0.00 | $0.00 | $0.00 |
| | | Claimant Identification | $0.00 | $0.00 | $0.00 |
| | | Claims Processing | $0.00 | $0.00 | $0.00 |
| | 4. Fund Administrator Bond | | $0.00 | $0.00 | $0.00 |
| | 5. Miscellaneous | | $0.00 | $0.00 | $0.00 |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | $0.00 | $0.00 | $0.00 |
| | *Total Plan Implementation Expenses* | | *$0.00* | *$0.00* | *$0.00* |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | **$0.00** | **$0.00** | **$0.00** |
| Line 12 | **Disbursements to Court/Other** | | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | $0.00 | $0.00 | $0.00 |
| Line 12b | *Federal Tax Payments* | | $0.00 | $0.00 | $0.00 |
| | **Total Disbursement to Court/Other:** | | $0.00 | $0.00 | $0.00 |
| | **Total Funds Disburses (Line 9 - 11):** | | $432,489.56 | $5,206.48 | $437,696.04 |
| Line 13 | **Ending Balance (As of 12/31/2017):** | | **$214,804.64** | **$75,459.40** | **$214,804.64** |
| Line 14 | **Ending Balance of Fund - Net Assets:** | | | | |
| Line 14a | *Cash & Cash Equivalents* | | $214,804.64 | $30,958.96 | $214,804.64 |
| Line 14b | *Investments* | | $2,053.87 | $2,053.87 | $2,053.87 |
| Line 14c | *Other Assets or Uncleared Funds (Frozen Accounts)* | | $1,440.28 | $359,199.09 | $1,440.28 |
| | **Total Ending Balance of Fund - Net Assets** | | **$218,298.79** | **$392,211.92** | **$218,298.79** |

| | OTHER SUPPLEMENTAL INFORMATION: | | Reporting Period | Subtotal Prior Periods | Grand Total |
|---|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | | |
| | 1. Fees | | $0.00 | $0.00 | $0.00 |
| | | Fund Administrator | $0.00 | $0.00 | $0.00 |
| | | IDC | $0.00 | $0.00 | $0.00 |
| | | Distribution Agent | $0.00 | $0.00 | $0.00 |
| | | Consultants | $0.00 | $0.00 | $0.00 |
| | | Legal Advisers | $0.00 | $0.00 | $0.00 |
| | | Tax Advisers | $0.00 | $0.00 | $0.00 |
| | 2. Administrative Expenses | | $0.00 | $0.00 | $0.00 |
| | 3. Miscellaneous | | $0.00 | $0.00 | $0.00 |
| | *Total Plan Development Expenses Not Paid by the Fund* | | $0.00 | $0.00 | $0.00 |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | | |
| | 1. Fees | | | | |
| | | Fund Administrator | $0.00 | $0.00 | $0.00 |
| | | IDC | $0.00 | $0.00 | $0.00 |
| | | Distribution Agent | $0.00 | $0.00 | $0.00 |
| | | Consultants | $0.00 | $0.00 | $0.00 |
| | | Legal Advisers | $0.00 | $0.00 | $0.00 |
| | | Tax Advisers | $0.00 | $0.00 | $0.00 |
| | 2. Administrative Expenses | | $0.00 | $0.00 | $0.00 |
| | 3. Investor Identification: | | | | |
| | | Notice/Publishing Approved Plan | $0.00 | $0.00 | $0.00 |
| | | Claimant Identification | $0.00 | $0.00 | $0.00 |
| | | Claims Processing | $0.00 | $0.00 | $0.00 |
| | | Web Site Maintenance/Call Center | $0.00 | $0.00 | $0.00 |
| | 4. Fund Administrator Bond | | $0.00 | $0.00 | $0.00 |
| | 5. Miscellaneous | | $0.00 | $0.00 | $0.00 |
| | 6. FAIR Reporting Expenses | | $0.00 | $0.00 | $0.00 |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | $0.00 | $0.00 | $0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | $0.00 | $0.00 | $0.00 |
|  | **Total Disbursements for Plan Administration Expenses Not Paid by the** | $0.00 | $0.00 | $0.00 |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund** |  |  |  |
| Line 16a | Investment Expenses/CRIS Fees | $0.00 | $0.00 | $0.00 |
| Line 16b | Federal Tax Payments | $0.00 | $0.00 | $0.00 |
|  | **Total Disbursements to Court/Other Not Paid by Fund:** | $0.00 | $0.00 | $0.00 |
| Line 17 | **DC & State Tax Payments** | $0.00 | $0.00 | $0.00 |
| Line 18 | **No. of Claims:** |  |  |  |
| Line 18a | # of Claims Received This Reporting Period | 84 | 0 | 0 |
| Line 18b | # of Claims Received Since Inception of Fund | 0 | 0 | 0 |
| Line 19 | **No of Claimants/Investors** |  |  |  |
| Line 19a | # of Claimants/Investors Paid This Reporting Period | 0 | 0 | 0 |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund | 0 | 0 | 0 |