# EXHIBIT A
## STANDARDIZED FUND ACCOUNTING REPORT

Receivership in SEC v. Thurman P. Bryant III, et al.
Civil Court Docket No. 04:17-CV-00336-ALM

Third Quarterly Reporting Period - 04/01/2018 - 06/30/2018

| FUND ACCOUNTING: | | | | |
|---|---|---:|---:|---:|
| | | **Reporting Period** | **Subtotal Prior Period** | **Grand Total** |
| Line 1 | **Beginning Balance (As of 04/01/2018)** | **$473,546.98** | $214,804.64 | $0.00 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | **Business Income** | $0.00 | $0.00 | $0.00 |
| Line 3 | **Cash and Securities** | $0.00 | $423,621.65 | $423,621.65 |
| Line 4 | **Interest/Dividends Income** | $0.00 | $0.00 | $0.00 |
| Line 5 | **Business Asset Liquidation** | $0.00 | $0.00 | $0.00 |
| Line 6 | **Personal Asset Liquidation** | $924.00 | $533,850.62 | $534,774.62 |
| Line 7 | **Third-Party Litigation Income** | $299,000.00 | $0.00 | $299,000.00 |
| Line 8 | **Miscellaneous - Other** | $31,005.93 | $105,221.56 | $136,227.49 |
| Line 8a | **Total Funds Available (Lines 1 -8):** | **$804,476.91** | **$1,062,693.83** | **$1,393,623.76** |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | **Disbursements to Investors** | $0.00 | $0.00 | $0.00 |
| Line 10 | **Disbursements for Receivership Operations** | $0.00 | $0.00 | $0.00 |
| Line 10a | Disbursements to Receiver or Other Professionals | $29,853.80 | $152,881.14 | $182,734.94 |
| Line 10b | Business Asset Expenses | $0.00 | $2,976.87 | $2,976.87 |
| Line 10c | Personal Asset Expenses | $39,001.71 | $94,510.19 | $133,511.90 |
| Line 10d | Investment Expenses | $105.00 | $582.11 | $687.11 |
| Line 10e | Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | $0.00 | $338,196.54 | $338,196.54 |
| | 2. Litigation Expenses | $0.00 | $0.00 | $0.00 |
| | *Total Third-Party Litigation Expenses* | $0.00 | $0.00 | $0.00 |
| Line 10f | Tax Administrator Fees and Bonds | $0.00 | $0.00 | $0.00 |
| Line 10g | Federal and State Tax Payments | $0.00 | $0.00 | $0.00 |
| | **Total Disbursements for Receivership Operations** | **$68,960.51** | **$589,146.85** | **$658,107.36** |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administration | $0.00 | $0.00 | $0.00 |
| | Independent Distribution Consultant (IDC) | $0.00 | $0.00 | $0.00 |
| | Distribution Agent | $0.00 | $0.00 | $0.00 |
| | Consultants | $0.00 | $0.00 | $0.00 |
| | Legal Advisers | $0.00 | $0.00 | $0.00 |
| | Tax Advisers | $0.00 | $0.00 | $0.00 |
| | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
| | 3. Miscellaneous | $0.00 | $0.00 | $0.00 |
| | *Total Plan Development Expenses* | $0.00 | $0.00 | $0.00 |
| Line 11b | *Distribution Plan Implementation Expenses* | | | |
| | 1. Fees | | | |
| | Fund Administration | $0.00 | $0.00 | $0.00 |
| | Independent Distribution Consultant (IDC) | $0.00 | $0.00 | $0.00 |
| | Distribution Agent | $0.00 | $0.00 | $0.00 |
| | Consultants | $0.00 | $0.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| | Legal Advisers | $0.00 | $0.00 | $0.00 |
| | Tax Advisers | $0.00 | $0.00 | $0.00 |
| | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan | $0.00 | $0.00 | $0.00 |
| | Claimant Identification | $0.00 | $0.00 | $0.00 |
| | Claims Processing | $0.00 | $0.00 | $0.00 |
| | 4. Fund Administrator Bond | $0.00 | $0.00 | $0.00 |
| | 5. Miscellaneous | $0.00 | $0.00 | $0.00 |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | $0.00 | $0.00 | $0.00 |
| | *Total Plan Implementation Expenses* | $0.00 | $0.00 | $0.00 |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | **$0.00** | **$0.00** | **$0.00** |
| Line 12 | **Disbursements to Court/Other** | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | $0.00 | $0.00 | $0.00 |
| Line 12b | *Federal Tax Payments* | $0.00 | $0.00 | $0.00 |
| | **Total Disbursement to Court/Other:** | $0.00 | $0.00 | $0.00 |
| | **Total Funds Disburses (Line 9 - 11):** | $68,960.51 | $589,146.85 | $658,107.36 |
| Line 13 | **Ending Balance (As of 06/30/2018):** | **$735,516.40** | **$473,546.98** | **$735,516.40** |
| Line 14 | **Ending Balance of Fund - Net Assets:** | | | |
| Line 14a | *Cash & Cash Equivalents* | $735,516.40 | $473,546.98 | $735,516.40 |
| Line 14b | *Investments* | $0.00 | $2,053.87 | $0.00 |
| Line 14c | *Other Assets or Uncleared Funds (Frozen Accounts)* | $1,700.00 | $360,899.09 | $1,700.00 |
| | **Total Ending Balance of Fund - Net Assets** | **$737,216.40** | **$836,499.94** | **$737,216.40** |

| | OTHER SUPPLEMENTAL INFORMATION: | Reporting Period | Subtotal Prior Per | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | Plan Development Expenses Not Paid by the Fund: | | | |
| | 1. Fees | $0.00 | $0.00 | $0.00 |
| | Fund Administrator | $0.00 | $0.00 | $0.00 |
| | IDC | $0.00 | $0.00 | $0.00 |
| | Distribution Agent | $0.00 | $0.00 | $0.00 |
| | Consultants | $0.00 | $0.00 | $0.00 |
| | Legal Advisers | $0.00 | $0.00 | $0.00 |
| | Tax Advisers | $0.00 | $0.00 | $0.00 |
| | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
| | 3. Miscellaneous | $0.00 | $0.00 | $0.00 |
| | *Total Plan Development Expenses Not Paid by the Fund* | $0.00 | $0.00 | $0.00 |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund: | | | |
| | 1. Fees | | | |
| | Fund Administrator | $0.00 | $0.00 | $0.00 |
| | IDC | $0.00 | $0.00 | $0.00 |
| | Distribution Agent | $0.00 | $0.00 | $0.00 |
| | Consultants | $0.00 | $0.00 | $0.00 |
| | Legal Advisers | $0.00 | $0.00 | $0.00 |
| | Tax Advisers | $0.00 | $0.00 | $0.00 |
| | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan | $0.00 | $0.00 | $0.00 |
| | Claimant Identification | $0.00 | $0.00 | $0.00 |
| | Claims Processing | $0.00 | $0.00 | $0.00 |
| | Web Site Maintenance/Call Center | $0.00 | $0.00 | $0.00 |
| | 4. Fund Administrator Bond | $0.00 | $0.00 | $0.00 |
| | 5. Miscellaneous | $0.00 | $0.00 | $0.00 |
| | 6. FAIR Reporting Expenses | $0.00 | $0.00 | $0.00 |
| | Total Plan Implementation Expenses Not Paid by the Fund | $0.00 | $0.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | $0.00 | $0.00 | $0.00 |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | $0.00 | $0.00 | $0.00 |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund** | | | |
| Line 16a | Investment Expenses/CRIS Fees | $0.00 | $0.00 | $0.00 |
| Line 16b | Federal Tax Payments | $0.00 | $0.00 | $0.00 |
| | **Total Disbursements to Court/Other Not Paid by Fund:** | $0.00 | $0.00 | $0.00 |
| Line 17 | **DC & State Tax Payments** | $0.00 | $0.00 | $0.00 |
| Line 18 | **No. of Claims:** | | | |
| Line 18a | # of Claims Received This Reporting Period | 0 | 84 | 84 |
| Line 18b | # of Claims Received Since Inception of Fund | 84 | 84 | 84 |
| Line 19 | **No of Claimants/Investors** | | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period | 0 | 0 | 0 |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund | 0 | 0 | 0 |