# EXHIBIT A
## STANDARDIZED FUND ACCOUNTING REPORT

Receivership in SEC v. Thurman P. Bryant III, et al.
Civil Court Docket No. 04:17-CV-00336-ALM

Eighth Quarterly Reporting Period - 01/01/2019 - 03/31/2019

| FUND ACCOUNTING: | | Reporting Period | Subtotal Prior Periods | Grand Total |
|---|---|---|---|---|
| Line 1 | **Beginning Balance (As of 01/01/2019)** | **$758,826.34** | $1,347,858.08 | $0.00 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | **Business Income** | $0.00 | $0.00 | $0.00 |
| Line 3 | **Cash and Securities** | $0.00 | $424,219.65 | $424,219.65 |
| Line 4 | **Interest/Dividends Income** | $0.00 | $0.00 | $0.00 |
| Line 5 | **Business Asset Liquidation** | $0.00 | $0.00 | $0.00 |
| Line 6 | **Personal Asset Liquidation** | $0.00 | $1,048,774.62 | $1,048,774.62 |
| Line 7 | **Third-Party Litigation Income** | $41,134.00 | $746,850.00 | $787,984.00 |
| Line 8 | **Miscellaneous - Other** | $27,900.00 | $194,227.49 | $222,127.49 |
| Line 8a | **Total Funds Available (Lines 1 -8):** | **$827,860.34** | **$2,414,071.76** | **$2,483,105.76** |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | **Disbursements to Investors** | $0.00 | $0.00 | $0.00 |
| Line 10 | **Disbursements for Receivership Operations** | $0.00 | $0.00 | $0.00 |
| Line 10a | *Disbursements to Receiver or Other Professionals* | $0.00 | $387,803.21 | $387,803.21 |
| Line 10b | *Business Asset Expenses* | $0.00 | $2,976.87 | $2,976.87 |
| Line 10c | *Personal Asset Expenses* | $18,800.00 | $213,411.90 | $232,211.90 |
| Line 10d | *Investment Expenses* | $174.00 | $981.11 | $1,155.11 |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | $0.00 | $1,050,072.33 | $1,050,072.33 |
| | 2. Litigation Expenses | $0.00 | $0.00 | $0.00 |
| | *Total Third-Party Litigation Expenses* | $0.00 | $1,050,072.33 | $1,050,072.33 |
| Line 10f | Tax Administrator Fees and Bonds | $0.00 | $0.00 | $0.00 |
| Line 10g | Federal and State Tax Payments | $0.00 | $0.00 | $0.00 |
| | **Total Disbursements for Receivership Operations** | **$18,974.00** | **$1,655,245.42** | **$1,674,219.42** |
| **Line 11** | **Disbursements for Distribution Expenses Paid by the Fund:** | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administration | $0.00 | $0.00 | $0.00 |
| | Independent Distribution Consultant (IDC) | $0.00 | $0.00 | $0.00 |
| | Distribution Agent | $0.00 | $0.00 | $0.00 |
| | Consultants | $0.00 | $0.00 | $0.00 |
| | Legal Advisers | $0.00 | $0.00 | $0.00 |
| | Tax Advisers | $0.00 | $0.00 | $0.00 |
| | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
| | 3. Miscellaneous | $0.00 | $0.00 | $0.00 |
| | *Total Plan Development Expenses* | $0.00 | $0.00 | $0.00 |
| Line 11b | *Distribution Plan Implementation Expenses* | | | |
| | 1. Fees | | | |

|  |  | | | |
|---|---|---|---|---|
|  | Fund Administration | $0.00 | $0.00 | $0.00 |
|  | Independent Distribution Consultant (IDC) | $0.00 | $0.00 | $0.00 |
|  | Distribution Agent | $0.00 | $0.00 | $0.00 |
|  | Consultants | $0.00 | $0.00 | $0.00 |
|  | Legal Advisers | $0.00 | $0.00 | $0.00 |
|  | Tax Advisers | $0.00 | $0.00 | $0.00 |
|  | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
|  | 3. Investor Identification: | | | |
|  | Notice/Publishing Approved Plan | $0.00 | $0.00 | $0.00 |
|  | Claimant Identification | $0.00 | $0.00 | $0.00 |
|  | Claims Processing | $0.00 | $0.00 | $0.00 |
|  | 4. Fund Administrator Bond | $0.00 | $0.00 | $0.00 |
|  | 5. Miscellaneous | $0.00 | $0.00 | $0.00 |
|  | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | $0.00 | $0.00 | $0.00 |
|  | *Total Plan Implementation Expenses* | $0.00 | $0.00 | $0.00 |
|  | **Total Disbursements for Distribution Expenses Paid by the Fund** | **$0.00** | **$0.00** | **$0.00** |
|  | | | | |
| Line 12 | **Disbursements to Court/Other** | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | $0.00 | $0.00 | $0.00 |
| Line 12b | *Federal Tax Payments* | $0.00 | $0.00 | $0.00 |
|  | **Total Disbursement to Court/Other:** | $0.00 | $0.00 | $0.00 |
|  | **Total Funds Disburses (Line 9 - 11):** | $18,974.00 | $1,655,245.42 | $1,674,219.42 |
| Line 13 | **Ending Balance (As of 03/31/2019):** | **$808,886.34** | **$758,826.34** | **$808,886.34** |
| Line 14 | **Ending Balance of Fund - Net Assets:** | | | |
| Line 14a | *Cash & Cash Equivalents* | $808,886.34 | $758,826.34 | $808,886.34 |
| Line 14b | *Investments* | $0.00 | $2,053.87 | $0.00 |
| Line 14c | *Other Assets or Uncleared Funds (Frozen Accounts)* | $0.00 | $359,199.09 | $0.00 |
|  | **Total Ending Balance of Fund - Net Assets** | **$808,886.34** | **$1,120,079.30** | **$808,886.34** |

| **OTHER SUPPLEMENTAL INFORMATION:** | | **Reporting Period** | **Subtotal Prior Periods** | **Grand Total** |
|---|---|---|---|---|
|  | | | | |
|  | ***Report of Items NOT To Be Paid by the Fund:*** | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
|  | 1. Fees | $0.00 | $0.00 | $0.00 |
|  | Fund Administrator | $0.00 | $0.00 | $0.00 |
|  | IDC | $0.00 | $0.00 | $0.00 |
|  | Distribution Agent | $0.00 | $0.00 | $0.00 |
|  | Consultants | $0.00 | $0.00 | $0.00 |
|  | Legal Advisers | $0.00 | $0.00 | $0.00 |
|  | Tax Advisers | $0.00 | $0.00 | $0.00 |
|  | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
|  | 3. Miscellaneous | $0.00 | $0.00 | $0.00 |
|  | *Total Plan Development Expenses Not Paid by the Fund* | $0.00 | $0.00 | $0.00 |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
|  | 1. Fees | | | |
|  | Fund Administrator | $0.00 | $0.00 | $0.00 |
|  | IDC | $0.00 | $0.00 | $0.00 |
|  | Distribution Agent | $0.00 | $0.00 | $0.00 |
|  | Consultants | $0.00 | $0.00 | $0.00 |
|  | Legal Advisers | $0.00 | $0.00 | $0.00 |
|  | Tax Advisers | $0.00 | $0.00 | $0.00 |
|  | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
|  | 3. Investor Identification: | | | |

| | | | | |
|---|---|---|---|---|
| | Notice/Publishing Approved Plan | $0.00 | $0.00 | $0.00 |
| | Claimant Identification | $0.00 | $0.00 | $0.00 |
| | Claims Processing | $0.00 | $0.00 | $0.00 |
| | Web Site Maintenance/Call Center | $0.00 | $0.00 | $0.00 |
| | 4. Fund Administrator Bond | $0.00 | $0.00 | $0.00 |
| | 5. Miscellaneous | $0.00 | $0.00 | $0.00 |
| | 6. FAIR Reporting Expenses | $0.00 | $0.00 | $0.00 |
| | Total Plan Implementation Expenses Not Paid by the Fund | $0.00 | $0.00 | $0.00 |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | $0.00 | $0.00 | $0.00 |
| | **Total Disbursements for Plan Administration Expenses Not Paid** | $0.00 | $0.00 | $0.00 |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund** | | | |
| Line 16a | Investment Expenses/CRIS Fees | $0.00 | $0.00 | $0.00 |
| Line 16b | Federal Tax Payments | $0.00 | $0.00 | $0.00 |
| | **Total Disbursements to Court/Other Not Paid by Fund:** | $0.00 | $0.00 | $0.00 |
| Line 17 | **DC & State Tax Payments** | $0.00 | $0.00 | $0.00 |
| Line 18 | **No. of Claims:** | | | |
| Line 18a | # of Claims Received This Reporting Period | 2 | 84 | 86 |
| Line 18b | # of Claims Received Since Inception of Fund | 86 | 84 | 86 |
| Line 19 | **No of Claimants/Investors** | | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period | 0 | 0 | 0 |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund | 0 | 0 | 0 |