# EXHIBIT A
## STANDARDIZED FUND ACCOUNTING REPORT

Receivership in SEC v. Thurman P. Bryant III, et al.
Civil Court Docket No. 04:17-CV-00336-ALM

Ninth Quarterly Reporting Period - 04/01/2019 - 06/30/2019

| | FUND ACCOUNTING: | Reporting Period | Subtotal Prior Periods | Grand Total |
|---|---|---:|---:|---:|
| Line 1 | **Beginning Balance (As of 04/01/2019)** | **$808,886.34** | $758,826.24 | $0.00 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | **Business Income** | $0.00 | $0.00 | $0.00 |
| Line 3 | **Cash and Securities** | $0.00 | $424,219.65 | $424,219.65 |
| Line 4 | **Interest/Dividends Income** | $0.00 | $0.00 | $0.00 |
| Line 5 | **Business Asset Liquidation** | $0.00 | $0.00 | $0.00 |
| Line 6 | **Personal Asset Liquidation** | $0.00 | $1,048,774.62 | $1,048,774.62 |
| Line 7 | **Third-Party Litigation Income** | $180,668.00 | $787,984.00 | $968,652.00 |
| Line 8 | **Miscellaneous - Other** | $27,900.00 | $222,127.49 | $250,027.49 |
| Line 8a | **Total Funds Available (Lines 1 -8):** | **$1,017,454.34** | **$2,483,105.76** | **$2,691,673.76** |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | **Disbursements to Investors** | $0.00 | $0.00 | $0.00 |
| Line 10 | **Disbursements for Receivership Operations** | $0.00 | $0.00 | $0.00 |
| Line 10a | *Disbursements to Receiver or Other Professionals* | $9,385.50 | $387,803.21 | $397,188.71 |
| Line 10b | *Business Asset Expenses* | $0.00 | $2,976.87 | $2,976.87 |
| Line 10c | *Personal Asset Expenses* | $37,600.00 | $232,211.90 | $269,811.90 |
| Line 10d | *Investment Expenses* | $189.00 | $1,155.11 | $1,344.11 |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | $0.00 | $1,050,072.33 | $1,050,072.33 |
| | 2. Litigation Expenses | $0.00 | $0.00 | $0.00 |
| | *Total Third-Party Litigation Expenses* | $0.00 | $1,050,072.33 | $1,050,072.33 |
| Line 10f | Tax Administrator Fees and Bonds | $0.00 | $0.00 | $0.00 |
| Line 10g | Federal and State Tax Payments | $0.00 | $0.00 | $0.00 |
| | **Total Disbursements for Receivership Operations** | **$47,174.50** | **$1,674,219.42** | **$1,721,393.92** |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administration | $0.00 | $0.00 | $0.00 |
| | Independent Distribution Consultant (IDC) | $0.00 | $0.00 | $0.00 |
| | Distribution Agent | $0.00 | $0.00 | $0.00 |
| | Consultants | $0.00 | $0.00 | $0.00 |
| | Legal Advisers | $0.00 | $0.00 | $0.00 |
| | Tax Advisers | $0.00 | $0.00 | $0.00 |
| | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
| | 3. Miscellaneous | $0.00 | $0.00 | $0.00 |
| | *Total Plan Development Expenses* | $0.00 | $0.00 | $0.00 |
| Line 11b | *Distribution Plan Implementation Expenses* | | | |
| | 1. Fees | | | |
| | Fund Administration | $0.00 | $0.00 | $0.00 |
| | Independent Distribution Consultant (IDC) | $0.00 | $0.00 | $0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Distribution Agent | $0.00 | $0.00 | $0.00 |
|  | Consultants | $0.00 | $0.00 | $0.00 |
|  | Legal Advisers | $0.00 | $0.00 | $0.00 |
|  | Tax Advisers | $0.00 | $0.00 | $0.00 |
|  | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
|  | 3. Investor Identification: |  |  |  |
|  | Notice/Publishing Approved Plan | $0.00 | $0.00 | $0.00 |
|  | Claimant Identification | $0.00 | $0.00 | $0.00 |
|  | Claims Processing | $0.00 | $0.00 | $0.00 |
|  | 4. Fund Administrator Bond | $0.00 | $0.00 | $0.00 |
|  | 5. Miscellaneous | $0.00 | $0.00 | $0.00 |
|  | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | $0.00 | $0.00 | $0.00 |
|  | *Total Plan Implementation Expenses* | $0.00 | $0.00 | $0.00 |
|  | **Total Disbursements for Distribution Expenses Paid by the Fund** | **$0.00** | **$0.00** | **$0.00** |
| Line 12 | **Disbursements to Court/Other** |  |  |  |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $0.00 | $0.00 | $0.00 |
| Line 12b | Federal Tax Payments | $0.00 | $0.00 | $0.00 |
|  | **Total Disbursement to Court/Other:** | $0.00 | $0.00 | $0.00 |
|  | **Total Funds Disburses (Line 9 - 11):** | $47,174.50 | $1,674,219.42 | $1,721,393.92 |
| Line 13 | **Ending Balance (As of 06/30/2019):** | **$970,279.84** | **$808,886.34** | **$970,279.84** |
| Line 14 | **Ending Balance of Fund - Net Assets:** |  |  |  |
| Line 14a | *Cash & Cash Equivalents* | $970,279.84 | $808,886.34 | $970,279.84 |
| Line 14b | *Investments* | $0.00 | $2,053.87 | $0.00 |
| Line 14c | *Other Assets or Uncleared Funds (Frozen Accounts)* | $0.00 | $359,199.09 | $0.00 |
|  | **Total Ending Balance of Fund - Net Assets** | **$970,279.84** | **$1,170,139.30** | **$970,279.84** |

| OTHER SUPPLEMENTAL INFORMATION: | Reporting Period | Subtotal Prior Periods | Grand Total |
|---|---|---|---|
|  | | | |
| *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 — **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a — Plan Development Expenses Not Paid by the Fund: | | | |
| 1. Fees | $0.00 | $0.00 | $0.00 |
| Fund Administrator | $0.00 | $0.00 | $0.00 |
| IDC | $0.00 | $0.00 | $0.00 |
| Distribution Agent | $0.00 | $0.00 | $0.00 |
| Consultants | $0.00 | $0.00 | $0.00 |
| Legal Advisers | $0.00 | $0.00 | $0.00 |
| Tax Advisers | $0.00 | $0.00 | $0.00 |
| 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
| 3. Miscellaneous | $0.00 | $0.00 | $0.00 |
| *Total Plan Development Expenses Not Paid by the Fund* | $0.00 | $0.00 | $0.00 |
| Line 15b — Plan Implementation Expenses Not Paid by the Fund: | | | |
| 1. Fees | | | |
| Fund Administrator | $0.00 | $0.00 | $0.00 |
| IDC | $0.00 | $0.00 | $0.00 |
| Distribution Agent | $0.00 | $0.00 | $0.00 |
| Consultants | $0.00 | $0.00 | $0.00 |
| Legal Advisers | $0.00 | $0.00 | $0.00 |
| Tax Advisers | $0.00 | $0.00 | $0.00 |
| 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
| 3. Investor Identification: | | | |
| Notice/Publishing Approved Plan | $0.00 | $0.00 | $0.00 |
| Claimant Identification | $0.00 | $0.00 | $0.00 |
| Claims Processing | $0.00 | $0.00 | $0.00 |
| Web Site Maintenance/Call Center | $0.00 | $0.00 | $0.00 |

|  |  |  |  |  |
|---|---|---:|---:|---:|
|  | 4. Fund Administrator Bond | $0.00 | $0.00 | $0.00 |
|  | 5. Miscellaneous | $0.00 | $0.00 | $0.00 |
|  | 6. FAIR Reporting Expenses | $0.00 | $0.00 | $0.00 |
|  | Total Plan Implementation Expenses Not Paid by the Fund | $0.00 | $0.00 | $0.00 |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | $0.00 | $0.00 | $0.00 |
|  | **Total Disbursements for Plan Administration Expenses Not Paid** | $0.00 | $0.00 | $0.00 |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund** |  |  |  |
| Line 16a | Investment Expenses/CRIS Fees | $0.00 | $0.00 | $0.00 |
| Line 16b | Federal Tax Payments | $0.00 | $0.00 | $0.00 |
|  | **Total Disbursements to Court/Other Not Paid by Fund:** | $0.00 | $0.00 | $0.00 |
| Line 17 | **DC & State Tax Payments** | $0.00 | $0.00 | $0.00 |
| Line 18 | **No. of Claims:** |  |  |  |
| Line 18a | # of Claims Received This Reporting Period | 0 | 86 | 86 |
| Line 18b | # of Claims Received Since Inception of Fund | 86 | 86 | 86 |
| Line 19 | **No of Claimants/Investors** |  |  |  |
| Line 19a | # of Claimants/Investors Paid This Reporting Period | 0 | 0 | 0 |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund | 0 | 0 | 0 |